IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-119-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**1.    ARTHUR D. BITTNER,**

       Defendant.

---

**MINUTE ORDER
SETTING TRIAL DATE AND OTHER DEADLINES**

---

Judge John L. Kane **ORDERS**

All pretrial motions in this matter are due on or before **April 1, 2010;** responses to these motions are due **April 16, 2010**. It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and **Final Trial Preparation Conference** is set for **May 7, 2010, at 10:00 a.m.** If counsel believe evidentiary motions are necessary, a separate hearing date should be requested. It is

FURTHER ORDERED that a **5-day jury trial** is set for **May 17, 2010 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated: March 11, 2010