IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-119-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    ARTHUR D. BITTNER,**

        Defendant.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Change of Plea Hearing set for June 4, 2010 is **VACATED AND RESET** for **June 18, 2010 at 3:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. Counsel shall submit copies of the "Statement in Advance of Change of Plea" and "Plea Agreement" to Judge Kane's Chambers and to the Probation Department no later than noon on June 16, 2010. The original and one copy of these documents should be delivered to the courtroom deputy at the time of the hearing.

---

Dated: May 18, 2010