IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-119-JLK**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**1.    ARTHUR D. BITTNER,**

Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

The time of the Sentencing Hearing set for **January 10, 2011** is changed to **11:30 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  January 3, 2011